CHARLES F. MYERS, appellant,

v.

MILDRED J. BROWN et al., respondents.

[Decided October 7th, 1921.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, and reported in 92 N. J. Eq. 348.

*Messrs. Bourgeois & Coulomb,* for the appellant.

*Mr. Marlin V. Bergen,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, HEPPENHEIMER, ACKERSON, VAN BUSKIRK—12.

*For reversal*—None.